# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Paul Lambert, et al. <br> *Plaintiff(s)* <br> v. <br> Alexander Cnty. Housing Authority <br> *Defendant(s)* | Case Number: 16-cv-513 |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for  all plaintiffs

DATED: April 10, 2017

/s/ Charles Wysong_____
Signature

Charles Wysong_____
Name

70 W. Madison St., Chicago, IL  60602
Address

312-580-0100_____
Phone Number

312-580-1994_____
Fax Number

cwysong@hsplegal.com_____
E-Mail Address

Rev.  2/11